604

Opinion filed July 2, 1934.

Hoyne, O'Connor & Rubinkam, for appellant. Estelle M. Wells, for appellee.

Mr. Justice Matchett delivered the opinion of the court.

Chicago Laundry Owners Association et al., appellees, v. American Wet Wash Laundry, Inc., et al., appellants. Gen. No. 37,568.

Matchett, J., dissenting. Opinion filed July 6, 1934.

Elmer W. Arch, for appellants; Elmer W. Arch and Charles H. Borden, of counsel. Jacobson, Merrick, Nierman & Silbert, for appellees; Lewis F. Jacobson, Sidney C. Nierman, David Silbert and Arthur Altschul, of counsel.

Mr. Justice McSurely delivered the opinion of the court.

Ralph H. Jackson, trading as Ralph H. Jackson and Company, defendant in error, v. G. Clyde Ferson, plaintiff in error. Gen. No. 37,031.

Opinion filed July 6, 1934. Rehearing denied October 2, 1934.

Bippus, Rose & Burt, for plaintiff in error; Robert C. Pierce, of counsel. Edelson & Paullin, for defendant in error; Hyland J. Paullin and J. Henry Aronson, of counsel.

Mr. Justice Scanlan delivered the opinion of the court.

Frederick A. Wilson, defendant in error, v. Henry B. Kilgour, plaintiff in error. Gen. No. 37,297.

Opinion filed July 6, 1934.

Cheney, Evans & Peterson, for plaintiff in error; Albert Peterson, of counsel. Harry H. Felgar, for defendant in error.

Mr. Justice Scanlan delivered the opinion of the court.

1934 Streets of Paris, Inc., appellee, v. Charles H. Weber et al., appellants. Paris, Inc. et al., appellees. Gen. No. 37,608.

Opinion filed July 6, 1934.

Rosenberg, Toomin & Stein, for appellants. George I. Haight, for appellee 1934 Streets of Paris, Inc.; M. K. Hobbs and Ward Ross, of counsel.

Mr. Justice Scanlan delivered the opinion of the court.

## Second District.

Charles W. Hadley et al., trading as Hadley & Weaver, defendants in error, v. Frank Z. Hanscom, plaintiff in error. Gen. No. 8,746.

Opinion filed June 28, 1934.

F. Z. Hanscom, pro se. John S. Woodward, for defendants in error.

Mr. Presiding Justice Wolfe delivered the opinion of the court.

Marguerite Jamieson, appellee, v. Charles W. Jamieson, appellant. Gen. No. 8,753.

Opinion filed June 28, 1934.

Walter P. Altenburg and Robert G. Phelps, for appellant. George S. McGaughey, for appellee.

Mr. Justice Huffman delivered the opinion of the court.

Cletus Rielly, a minor, by Martha Rielly, his mother and next friend, appellee, v. Fannie Hamilton, appellant. Gen. No. 8,800.

Opinion filed June 28, 1934.

Smith & Menzimer, for appellant; Frank E. Maynard, of counsel. Knight & Lupton, for appellee.

Mr. Justice Huffman delivered the opinion of the court.

Alexander Lumber Company, appellant, v. John C. Coberg et al., appellees, and Hammerschmidt and Franzen Company, intervening petitioner, appellant. Gen. No. 8,554.

Opinion filed July 12, 1934. Rehearing denied August 23, 1934.

Hadley, Weaver & Woodward, for appellant Alexander Lumber Co. Michael Kross, for appellant Hammerschmidt & Franzen Co.; Charles